**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

WILLIE EARL WILLIAMS                                                          PLAINTIFF

VS.                                                    CIVIL ACTION NO.: 3:03cv851(L)(N)

CHRISTIAN DAVIS, ET AL.                                                    DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the Plaintiff, Willie Earl Williams,

and Defendants, Christian Davis and Chris Palmer, with the Clerk of the Court in Civil

Action No. 3:03cv851(L)(N), and as further evidenced by the signatures below of their

duly authorized counsel of record, the Court holds that Plaintiff's claims against the

Defendants should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against the Defendants

are dismissed in their entirety with prejudice.

SO ORDERED, this the _30th_ day of _January,_ 2006.


/s/ Tom S. Lee_____
DISTRICT COURT JUDGE